FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 02 2011

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                                    4:11CR 00042 JMM

PEGGY BOLEN                           29 U.S.C. § 501(c)

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

From on or about December 19, 2005 until on or about May 31, 2008, in the Eastern District of Arkansas,

PEGGY BOLEN

an officer of United Steelworkers, Local 898, did embezzle, steal, and unlawfully and willfully convert to her own use moneys and funds of the labor organization, United Steelworkers Local 898.

All in violation of Title 29, United States Code, Section 501(c).

(END OF TEXT.  SIGNATURE PAGE ATTACHED.)